**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
Case No. 21-61228-CIV – COHN/STRAUSS

| | |
|---|---|
| **CYNTHIA JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **CINERGY HEALTH, INC. (d/b/a** | ) |
| **CINERGY HEALTH & LIFE and/or** | ) |
| **a/k/a CINERGY HEALTH & LIFE** | ) |
| **INSURANCE AGENCY),** | ) |
| **THE NATIONAL CONGRESS OF** | ) |
| **EMPLOYERS, INC., & COMPANION** | ) |
| **LIFE INSURANCE COMPANY** | ) |
| | ) |
| **Defendants.** | ) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS THE NATIONAL CONGRESS OF EMPLOYERS, INC. AND COMPANION LIFE INSURANCE COMPANY WITHOUT PREJUDICE**

COME NOW the Plaintiff and Defendants The National Congress of Employers, Inc. ("NCE") and Companion Life Insurance Company ("Companion Life") and hereby stipulate to the voluntary dismissal of NCE and Companion Life without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).  The parties signing this stipulation are the only ones that have appeared in this matter.  **Plaintiff's claims remain pending against the remaining Defendant, Cinergy Health, Inc., and any other Defendants who may be added today by virtue of Plaintiff's Amended Complaint**.

Dated: October 14, 2021

1

/s/   J. Matthew Stephens
J. Matthew Stephens (Florida Bar No. 0688649)
P. Michael Yancey
(to file for admission *pro hac vice*)
James M. Terrell
(to file for admission *pro hac vice*)
Courtney C. Gipson
(to file for admission *pro hac vice*)
**METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone: (205) 939-0199
Facsimile: (205) 939-0399
mstephens@mtattorneys.com
myancey@mtattorneys.com
jterrell@mtattorneys.com
cgipson@mtattorneys.com

*Attorneys for Plaintiff*


/s/ Ted Christopher Craig
Ted Christopher Craig
Gray Robinson, P.A.
333 S.E. 2nd Avenue
Suite 3200
Miami, FL 33131
305-913-6780
305-416-6887 (fax)
Ted.Craig@gray-robinson.com
*Attorney for Companion Life Ins. Co.*


/s/ Josef M. Mysorewala
Josef M. Mysorewala
Law Office of Josef M. Mysorewala, PLLC
2000 S Dixie Highway, Suite 112
Miami, Florida 33133
Telephone: (305) 356-1031
Email: josefm@lawjmm.com
*Counsel for Defendant, National Congress of Employers, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, I filed the foregoing using the Court's CM/ECF service, which caused counsel of record for Companion Life and National Congress of Employers to be served electronically. I mailed a copy of the foregoing to Cinergy Health, Inc. at the address listed below.

    /s/   J. Matthew Stephens
*Attorney for Plaintiff*

## Service List

Ted Christopher Craig
Gray Robinson, P.A.
333 S.E. 2nd Avenue
Suite 3200
Miami, FL 33131
305-913-6780
305-416-6887 (fax)
Ted.Craig@gray-robinson.com
*Attorney for Companion Life Ins. Co.*

Josef M. Mysorewala
Law Office of Josef M. Mysorewala, PLLC
2000 S Dixie Highway, Suite 112
Miami, Florida 33133
Telephone: (305) 356-1031
Email: josefm@lawjmm.com
*Counsel for Defendant, National Congress of Employers, Inc.*

CINERGY HEALTH, INC.
c/o Steven B. Trattner
265 187th Street
Sunny Isles Beach, Florida 33160