UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61228-CIV-COHN/STRAUSS

CYNTHIA JOHNSON,

　　　Plaintiff,

v.

CINERGY HEALTH, INC. (d/b/a CINERGY
HEALTH & LIFE and/or a/k/a CINERGY
HEALTH & LIFE INSURANCE AGENCY),
THE NATIONAL CONGRESS OF
EMPLOYERS, INC., COMPANION LIFE
INSURANCE COMPANY, GROUP PLAN
ADMINISTRATORS, INC., & THE HEALTH
DEPOT ASSOCIATION, INC.,

　　　Defendants.
_____/

## DISMISSAL ORDER

**THIS CAUSE** is before the Court upon the Joint Stipulation of Voluntary

Dismissal of Defendants The National Congress of Employers, Inc. and Companion Life

Insurance Company Without Prejudice [DE 63] ("Stipulation").  Having considered the

Stipulation and the record in this case, and being otherwise advised in the premises, it

is hereby

**ORDERED AND ADJUDGED** that all claims against Defendants The National

Congress of Employers, Inc. and Companion Life Insurance Company are **DISMISSED**

**without prejudice**.  The action shall proceed against the remaining Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 18th day of October, 2021.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF.