UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61228-CIV-COHN/STRAUSS

CYNTHIA JOHNSON,

    Plaintiff,

v.

CINERGY HEALTH, INC. (d/b/a CINERGY
HEALTH & LIFE and/or a/k/a CINERGY
HEALTH & LIFE INSURANCE AGENCY),
GROUP PLAN ADMINISTRATORS, INC.,
& THE HEALTH DEPOT ASSOCIATION, INC.,

    Defendants.

_____/

## DISMISSAL ORDER

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal of Defendant Group Plan Administrators, Inc. [DE 71] ("Notice"). Having considered the Notice and the record in this case, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that all claims against Defendant Group Plan Administrators, Inc. are **DISMISSED without prejudice**. The action shall proceed against the remaining Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of November, 2021.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF.