IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 21-61228-CIV – COHN/STRAUSS

| | |
|---|---|
| **CYNTHIA JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **CINERGY HEALTH, INC. (d/b/a CINERGY HEALTH & LIFE and/or a/k/a CINERGY HEALTH & LIFE INSURANCE AGENCY) & THE HEALTH DEPOT ASSOCIATION, INC.,** | ) ) ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S APPLICATION FOR DEFAULT

COMES NOW Plaintiff, Cynthia Johnson, and hereby seeks an entry of default against Defendant Cinergy Health, Inc. (d/b/a Cinergy Health & Life and/or a/k/a Cinergy Health & Life Insurance Agency) ("Cinergy") for failure to appear pursuant to FED. R. CIV. P. 55(a). Additionally, Plaintiff requests a hearing to determine damages after a decision on whether this case can be certified as a class action. In support thereof, Plaintiff states as follows:

1. Plaintiff filed this action on June 11, 2021 in the Southern District of Florida. (Dkt. No. 1).

2. Defendant Cinergy was served with the Summons and Complaint on August 20, 2021 and Proof of Service was filed on September 1, 2021. *See* (Doc. 45).

3. On September 20, 2021, this Court entered a Status Report Order and, recognizing that Cinergy had not filed a timely response, ordered Plaintiff to file a Status Report with the Court or alternatively, move for entry of default. *See* (Doc. 55).

4. Plaintiff timely filed a Status Report on September 27, 2021. (Doc. 56). Therein, Plaintiff stated her intention to amend the Complaint, and requested that Cinergy be given the opportunity to respond to the Amended Complaint before moving for default. *See id.* at ¶ 7.

5. Plaintiff filed her First Amended Class Action Complaint on October 14, 2021. (Doc. 64). Pursuant to FED. R. CIV. P. 15(a)(3), Cinergy's response was due by October 28, 2021. *See also* (Doc. 74). To date, Cinergy has not responded to the Amended Complaint.

6. Recognizing Cinergy's failure to respond, this Court ordered Plaintiff to file a Status Report by November 22, 2021 or, alternatively, to move for a clerk's entry of default as to Cinergy.

7. In light of the foregoing, Plaintiff respectfully requests the Clerk enter a default against Defendant Cinergy for failure to appear.

8. Because this case is filed as a class action, Plaintiff anticipates moving for certification of the class at the appropriate time and requests that this Court hold a hearing to determine damages after a decision on that Motion for Class Certification, if and when it is filed.

Dated: November 22, 2021            Respectfully submitted,

/s/ J. Matthew Stephens
J. Matthew Stephens (Florida Bar No. 0688649)
P. Michael Yancey (to file for admission *pro hac vice*)
James M. Terrell (to file for admission *pro hac vice*)
Courtney C. Gipson (to file for admission *pro hac vice*)
**METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone: (205) 939-0199
Facsimile: (205) 939-0399
mstephens@mtattorneys.com
myancey@mtattorneys.com
jterrell@mtattorneys.com
cgipson@mtattorneys.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2021, I filed the foregoing using the Court's CM/ECF service, which caused counsel of record to be served electronically. I mailed a copy of the foregoing to Cinergy Health, Inc. at the address listed below.

 /s/   J. Matthew Stephens
*Attorney for Plaintiff*

## **Service List**

ERIC S. KOENIG
ekoenig@trenam.com / ranctil@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602
Telephone: (813) 223-7474
*Counsel for Defendant, The Health Depot Association, Inc.*


CINERGY HEALTH, INC.
c/o Steven B. Trattner
265 187th Street
Sunny Isles Beach, Florida 33160