UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CYNTHIA JOHNSON

PLAINTIFF(S)

CASE NUMBER
0:21−cv−61228−JIC

v.

CINERGY HEALTH & LIFE, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Cinergy Health, Inc.**

as of course, on the date November 22, 2021.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Philip Curtis*
Deputy Clerk

cc: Senior Judge James I. Cohn
    Cinergy Health & Life

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)