IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 21-61228-CIV – COHN/STRAUSS

| | |
|---|---|
| **CYNTHIA JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **CINERGY HEALTH, INC. (d/b/a CINERGY** | ) |
| **HEALTH & LIFE and/or a/k/a CINERGY** | ) |
| **HEALTH & LIFE INSURANCE AGENCY) &** | ) |
| **THE HEALTH DEPOT ASSOCIATION, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff and hereby provides notice of the voluntary dismissal of this action without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). Neither Cinergy Health, Inc. nor The Health Depot Association, Inc. have filed an answer or motion for summary judgment in this case. The prior defendants in this action, Group Plan Administrators and National Congress of Employers, also had not filed answers or motions for summary judgment at the time of their dismissal. *See* (Docs. 66 & 73).

Dated: December 6, 2021

/s/   J. Matthew Stephens
J. Matthew Stephens (Florida Bar No. 0688649)
P. Michael Yancey
(to file for admission *pro hac vice*)
James M. Terrell
(to file for admission *pro hac vice*)
Courtney C. Gipson
(to file for admission *pro hac vice*)
**METHVIN, TERRELL, YANCEY, STEPHENS &
MILLER, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone: (205) 939-0199

1

Facsimile: (205) 939-0399
mstephens@mtattorneys.com
myancey@mtattorneys.com
jterrell@mtattorneys.com
cgipson@mtattorneys.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2021, I filed the foregoing using the Court's CM/ECF service, which caused counsel of record for The Health Depot Association, Inc. to be served electronically. I mailed a copy of the foregoing to Cinergy Health at the address listed below.

/s/   J. Matthew Stephens
*Attorney for Plaintiff*

### Service List

ERIC S. KOENIG
ekoenig@trenam.com / ranctil@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602
Telephone: (813) 223-7474
*Counsel for Defendant, The Health Depot Association, Inc.*


CINERGY HEALTH, INC.
c/o Steven B. Trattner
265 187th Street
Sunny Isles Beach, Florida 33160