UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61228-CIV-COHN/STRAUSS

CYNTHIA JOHNSON,

    Plaintiff,

v.

CINERGY HEALTH INC. (d/b/a CINERGY
HEALTH & LIFE and/or a/k/a CINERGY
HEALTH & LIFE INSURANCE AGENCY)
& THE HEALTH DEPOT ASSOCIATION,
INC.,

    Defendants.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal [DE 79] ("Notice").  The Court has reviewed the Notice and the record in this case, and is otherwise fully advised in the premises.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of December, 2021.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.